# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOHN HENRY FREDERICK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 4:19-cv-332-AW-CAS**

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's September 5, 2019 Report and Recommendation. ECF No. 7. Plaintiff has filed a "Motion to Object." ECF No. 8. Although the latter does not appear directed to the Report and Recommendation, the Court has considered de novo the issues raised in it. The Court has concluded that the Report and Recommendation should be accepted. It is therefore ordered:

    1. The Report and Recommendation (ECF No. 7) is accepted and adopted as the Court's order.

    2. The motion to appoint counsel (ECF No. 3) is denied.

    3. The Clerk shall enter a judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

    4. All remaining pending motions are denied as moot.

    5. The Clerk shall close the file.

SO ORDERED on November 14, 2019.

                                        s/ *Allen Winsor*
                                        United States District Judge